AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Elvira Contreras<br>_Defendant_ | ) ) ) ) ) ) ) | Case No. CR-18-2001-TUC-JGZ (BPV) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Elvira Contreras
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1343 Wire Fraud

18:1028A(a)(1) Aggravated Identity Theft

Date:   10/04/2018

_Issuing officer's signature_

City and state:   Tucson, AZ

M. F. Rodriguez, Deputy Clerk
_Printed name and title_

### Return

This warrant was received on _(date)_ 10/5/18, and the person was arrested on _(date)_ 10/10/18
at _(city and state)_ Tucson, AZ

Date: 10/11/18

_Arresting officer's signature_

Michael Torre, Senior Special Agent, ICE-OPR
_Printed name and title_